IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>BROCK S. ADKINS,<br><br>     Defendant. | 8:13CR111<br><br>**ORDER** |

  This matter is before the Court on the defendant's Motion (Filing No. 77) for a copy of his Docket Sheet and Sentence Computation, which the Court construes as the Sealed Sentencing Recommendations. The defendant may not obtain a copy of the Sentencing Recommendations ("Computation") as the document is sealed. The Motion for Copies is denied.

  IT IS ORDERED:

  1. The defendant's Motion for Copies [77] of his docket sheet and Sealed Sentencing Recommendations is denied.

  2. The defendant is free to contact the Clerk's Office for the U.S. District Court to inquire as to the cost of copies of his docket sheet in this matter. Copies will not be provided without pre-payment.

  3. A copy of this Order will be mailed to the defendant at his last known address.

  Dated this 3rd day of December, 2014

                BY THE COURT:

                s/ F.A. Gossett, III
                United States Magistrate Judge